IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| ADONNICA D. PETERSON, | ) | Case No. 22-10958-BLS |
| | ) | Chapter 7 |
| | ) | **Hearing Date:   12/08/2022** |
| Debtor. | ) | **Response Date: 12/01/2022** |

**CERTIFICATE OF NO OBJECTION**
**REGARDING DOCKET NO. 17**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to debtor's Motion to Avoid Judicial Lien filed on November 18, 2022. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, responses to the Motion were to be filed and served no later than December 1, 2022.

It is hereby respectfully requested that the attached Order be entered at the earliest convenience of the Court.

/s/ Steven J. Stirparo
STEVEN J. STIRPARO (#2293)
3622 Silverside Road
Wilmington, DE 19810
302-479-9555
Attorney for Debtor

Dated: December 5, 2022