IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| ADONNICA D. PETERSON, | ) | Case No. 22-10958-BLS |
| | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | **Ref. Docket No. 17** |

## ORDER AVOIDING JUDICIAL LIEN

AND NOW, this _____ day of _____, 2022, upon the Debtor's Motion to avoid and cancel a judicial lien which impairs exemptions of the Debtor,

IT IS HEREBY ORDERED that the judicial lien held by Floyd White against the Debtor entered of record in the Judgment Office of the Prothonotary at Docket Number N22J-00256, be and hereby is canceled.

IT IS HEREBY ORDERED that the New Castle County Prothonotary, Judgment Office, is directed forthwith to take all steps necessary and appropriate to satisfy the said judicial lien and remove it from the local judgment index.

_____
UNITED STATES BANKRUPTCY JUDGE