**CERTIFICATE OF SERVICE**

     I hereby certify that one copy of the Certificate of No Objection regarding Docket No. 17 (Motion to Avoid Judicial Lien) was served by first class mail, postage prepaid, upon the following on the date indicated below:

George L. Miller
8 Penn Center, Suite 950
1628 John F. Kennedy Blvd.
Philadelphia, PA 19103

Floyd White
210B Highland Blvd.
New Castle, DE  19720

Adonnica D. Peterson
4158 Mill Creek Rd.
Hockessin, DE  19707

                                             /s/ Steven J. Stirparo
                                             STEVEN J. STIRPARO, ESQUIRE

Dated:  December 5, 2022