**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Adonnica Peterson, | ) | Case No. 22-10958 (BLS) |
| | ) | |
| Debtor. | ) | Docket No.  25 |

## ORDER VACATING ORDER AVOIDING LIEN

**WHEREAS**, an Order Avoiding Lien [Docket No. 25] was entered by the Court on December 6, 2022; and it appearing to the Court that the Order was entered in error, it is hereby

**ORDERED**, that the Court's December 6, 2022 Order Avoiding Lien is hereby **VACATED**; and it is further

**ORDERED,** that a hearing on the matter will be held on January 5, 2023 at 1:30 p.m. in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Wilmington, DE 19801, Courtroom No. 1.

Dated:   Wilmington, Delaware
           December 7, 2022

Brendan Linehan Shannon
United States Bankruptcy Judge