IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Adonnica D. Peterson | ) | Case No. 22-10958 (BLS) |
| | ) | |
| Debtor(s). | ) | Docket Reference Nos. 12, 17 |

**<u>ORDER</u>**

Upon consideration of Floyd White's Motion for Relief from Stay [Docket No. 12] and Debtor's Motion to Avoid Judicial Lien [Docket No. 17], and a hearing having been held on January 5, 2023; and for the reasons stated in this Court's letter ruling dated January 9, 2023, it is hereby

ORDERED, that Debtor's Avoidance Motion is GRANTED; and it is further

ORDERED, that Mr. White's Lift Stay Motion is DENIED.

Dated: January 10, 2023

Brendan Linehan Shannon
United States Bankruptcy Judge

Cc: David L. Klauder, Esquire
    Counsel for Chapter 7 Trustee
    Steven J. Stirparo, Esquire
    Mr. Floyd White